# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00050-CR

**Israel Cardosa-Reyna, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
## NO. C-1-CR-15-215778, THE HONORABLE JAN BRELAND, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on April 18, 2019. On counsel's motions, the time for filing was extended to July 8, 2019. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than July 31, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on July 11, 2019.

Before Chief Justice Rose, Justices Triana and Smith

Do Not Publish